UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br>Defendants. | Civil Action No. 18-1964 (CJN) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: March 11, 2020

| | |
|---|---|
| TIMOTHY J. SHEA<br>D.C. Bar No. 437437<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division<br><br>By: /s/ *Peter C. Pfaffenroth*<br>PETER C. PFAFFENROTH<br>D.C. Bar No. 496637<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: 202-252-2513<br>Peter.Pfaffenroth@usdoj.gov<br><br>*Counsel for Defendants* | By: */s/ Joshua Hart Burday – signed by permission*<br>Joshua Burday, D.C. Bar No. IL0042<br>Matthew V. Topic, D.C. Bar No. IL0037<br>LOEVY & LOEVY<br>311 N. Aberdeen, Third Floor<br>Chicago, IL 60607<br>(312) 243-5900<br>joshb@loevy.com<br><br>*Plaintiff's Counsel* |